UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| SUE ANN BELL, Trustee of Dorothy Jean Sorensen Trust; DOROTHY JEAN SORENSEN; MICHAEL D. WILLIAMS; and M.D. WILLIAMS ENTERPRISES, INC., </br></br>Plaintiff,</br></br>v.</br></br>LOUIS POLIS; ROBERT FORBES; KAREN BAPST; RALPH AYRES; RICHARD LAUGHLIN; RANDY VAN KLEY; DAVID BISSELL; JOAN KAMMINGA MAGERICK; JOHN SUMARA; JACK MOORE; CHERYL LEWANDOWSKI; CAROLINE TURNPAUGH; MARY SCHEURICH, Director of Planning and Development; ROBERT VAN MEERTEN, President; JASPER COUNTY BOARD OF ZONING APPEALS; RICHARD MAXWELL, President; BOARD OF COUNTY COMMISSIONERS; JASPER COUNTY, INDIANA; RONALD P. MCILWAIN, President; COUNTY COUNCIL OF JASPER COUNTY, INDIANA,</br></br>Defendants. | Case No. 4:03 CV 0076 |

**MEMORANDUM AND ORDER**

This Court takes note of the proceedings held in open court in Lafayette, Indiana on January 5, 2004.  The parties are now given until December 16, 2005 in which to show cause why this case should not be dismissed.  **IT IS SO ORDERED**.

Date: November 30 , 2005           **S/ ALLEN SHARP**
                        **ALLEN SHARP, JUDGE**
                        **UNITED STATES DISTRICT COURT**